IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE, et al. as Trustee of
the OPERATING ENGINEERS' HEALTH
AND WELFARE TRUST FUND, et al.,

    Plaintiffs,

  v.

MURRAY STEVEN WEBER, individually
and *dba* MURRAY WEBER TRUCK &
TRACTOR SERVICE, et al.,

    Defendants.
                                /

No. C 12-00367 WHA

**ORDER CONTINUING
CASE MANAGEMENT
CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **JUNE 14, 2012, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE