IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al. as Trustee of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MURRAY STEVEN WEBER, individually and *dba* MURRAY WEBER TRUCK & TRACTOR SERVICE, et al.,<br><br>Defendants. | No. C 12-00367 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby **CONTINUES** the case management conference to **JUNE 14, 2012, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE